THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 James Clark, Jr., Appellant,
 
 
 
 
 

v.

 
 
 
 
 Pyramid Masonry Contractors, Inc., Employer and Hartford Fire
 Insurance Company, Carrier, Respondents.
 
 
 
 
 

Appeal from Fairfield County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No.  2010-UP-332 
 Submitted June 1, 2010 - Filed June 28,
2010

REMANDED

 
 
 
 Barry
 B. George, of Columbia, for Appellant.
 Richard
 B. Kale, Jr., of Greenville, for Respondents. 
 
 
 

PER
 CURIAM:  In
 this workers' compensation action, James Clark appeals the denial of his claim
 for benefits arising out of injuries sustained in a motor vehicle accident
 while traveling to a job site for his employer, Pyramid Masonry Contractors
 (Pyramid).  Here, the Workers' Compensation Commission (Commission) and the
 circuit court declined to address the effect of the findings and award of
 benefits to Clark's co-worker, Joey Horton, for injuries arising out of the
 same incident and under similar circumstances, reasoning that the decision in
 Horton's case was under appeal and was, therefore, not a final, valid judgment
 on the merits.  Because the award of benefits to Horton was affirmed by this
 Court and has become a final decision, we find it appropriate to remand[1] the case to allow the Commission to consider Horton v. Pyramid Masonry
 Contractors, Inc., Op. No. 2008-UP-208 (S.C. Ct. App. filed March 27, 2008).  See S.C. Code Ann. 1-23-380(5) (Supp. 2009) ("The court may affirm
 the decision of the agency or remand the case for further
 proceedings.") (emphasis added).  On remand, the Commission shall also
 make findings of fact and conclusions of law on the issue of actual or apparent
 authority and the effect thereof. 
REMANDED.
FEW,
 C.J., THOMAS and PIEPER, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.